**Opinion issued April 30, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00028-CV**

_____

**IN RE R. WAYNE JOHNSON, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator R. Wayne Johnson has filed a petition for writ of mandamus, asserting issues against two judges, the Honorable Juli Matthew, County Court at Law No. 3, [1] and the Honorable Chad Bridges, presiding judge of the 458th District

---

[1] Because relator has not provided a trial court number for the allegation against the judge of the County Court No. 3, we will not consider his contention against Judge Matthew.

Court in Fort Bend County, Texas.  In particular, relator contends that respondents failed to supervise their clerks.[2]

To be entitled to mandamus relief, a relator must establish that the trial court abused its discretion and the relator lacks an adequate remedy by appeal.  *See Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004).  Relator does not explain what actions or omissions by the trial court constituted an abuse of discretion.  *See id.*  Moreover, relator has failed to provide a sufficient record supporting his allegations.  *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).  Accordingly, relator has not established his entitlement to mandamus relief.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

---

[2]  The underlying case is *R. Wayne Johnson v. Bobby Lumkin, et. al*, cause number 22-DCV-292489, pending in the 458th District Court of Fort Bend County, Texas, the Honorable Chad Bridges presiding.